Corte de Distrito de San Juan, Sección 2ª., en un procedimiento de administración judicial de los bienes del finado Mariano Villanúa. Moción del apelante desistiendo de la apelación. Resuelto en noviembre 2, 1914. Se tiene por desistida a la apelante de dicha apelación. Abogados de la apelante: *Sres. Alvarez Nava & Domínguez.* La parte apelada no compareció.

---

No. 1224. Ex PARTE LÓPEZ, PETICIONARIO Y APELADO, *v.* RICO, OPOSITOR Y APELANTE.—Apelación procedente de la Corte de Distrito de Mayagüez en un procedimiento de declaratoria de herederos. Moción de la parte apelante desistiendo de la apelación con el consentimiento de la apelada. Resuelto en noviembre 2, 1914. Se tiene por desistido al apelante de dicha apelación. Abogado del apelado: *Sr. José Sabater.* Abogado del opositor: *Sr. Angel A. Vázquez.*

---

No. 1227. COLL, DEMANDANTE Y APELADO, *v.* MESTRES HERMANOS ET AL., DEMANDADOS Y APELANTES.—Apelación procedente de la Corte de Distrito de Arecibo en un caso sobre reivindicación y otros extremos. Moción del apelado para que se desestime la apelación. Resuelto en noviembre 5, 1914. Desestimada la apelación por incumplimiento del artículo 299 del Código de Enjuiciamiento Civil enmendado por ley No. 70 de marzo 9, 1911. . Abogado del apelado: *Sr. Antonio Lens Cuena.* Abogado de los apelantes: *Sr. Santiago B. Palmer.*

---

No. 1228.—GIULIANI, DEMANDANTE Y APELANTE, *v.* JANER, DEMANDADO Y APELADO.—Apelación procedente de la Corte de Distrito de Mayagüez en un caso de divorcio. Moción del apelado para que se desestime la apelación. Resuelto en noviembre 5, 1914. Desestimada la apelación por incumpli-